Application not considered. Not timely filed. See Art. VII, Sec. 11, La.Const. of 1921, LSA.

161 So.2d 277

### John W. CRUTHIRDS

v.

### HARTFORD ACCIDENT & INDEMNITY COMPANY.

No. 47145.

March 11, 1964.

In re: John W. Cruthirds applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 159 So.2d 586.

Writ refused. No rehearing was applied for by applicant herein in the Court of Appeal. See State v. Moore, 175 La. 607, 143 So. 707 and Rule XII, Sec. 5(7) of this Court, 8 LSA–R.S.

161 So.2d 277

### Frank W. BENNETT d/b/a Frank W. Bennett & Associates

v.

### George BANKS and the Administrator of the Division of Employment Security of the Department of Labor of the State of Louisiana.

No. 47071.

March 11, 1964.

In re: Frank W. Bennett d/b/a Frank W. Bennett & Associates applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 158 So.2d 290.

Writ refused. The result is correct.

161 So.2d 278

### STRAUSS FRANK COMPANY

v.

### Curlin BROWN.

No. 47098.

March 11, 1964.

Court of Appeal, Third Circuit. 159 So. 2d 570.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.